# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

JACKLYNN YOUNG, a single woman,

     Plaintiff,

  v.

GARY LOCKE, Governor of the State of Washington, et al.,

     Defendants.

**Case No.** C05-5085 JKA

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

  THIS MATTER comes before the court on Plaintiff's Motion for Extension of Time.   The court has reviewed the materials submitted in support of and in response to said motion.

  Plaintiff seeks a two week extension of time to respond to defendants' motion for partial summary judgment.   Defendants object on the basis that plaintiff has not shown the existence of evidence which would overcome summary judgment, and  plaintiffs failure to support her request with an affidavit     .

  Pursuant to FRCP 56 plaintiff's request is discretionary with the court. The assigned trial date is November 6, 2006.  The court is satisfied that a two week delay will not impede discovery or any other deadlines established by the court.  The court is satisfied with the form of plaintiff counsel's request.

  **Accordingly, plaintiff's request for a two week extension of time to respond to defendant's summary judgment motion is granted.  Defendant is allowed a corresponding time to reply.  The matter will be renoted for November 18, 2005.**

       Dated this 3rd  day of November 2005

       /s/ J. Kelley Arnold_____

       U.S. Magistrate Judge, J. Kelley Arnold

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page - 2