# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACKLYNN YOUNG,<br>    Plaintiff,<br>v.<br>GARY LOCKE, et al.,<br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C05-5085JKA |

  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Defendant's Motion for Summary Judgment is GRANTED. Accordingly, this matter is REMANDED to State Court for further proceedings.**

December 1, 2005  
Date

BRUCE RIFKIN  
District Court Executive

s/Kelly A Miller  
By Kelly A Miller, Deputy Clerk